UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NASH BROWER, | Case No.: 2:23-cv-00330-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 9] |
| STATE OF ALASKA, et al., | |
| Defendants | |

On March 1, 2024, Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Nash Brower did not file an amended complaint by the given deadline. ECF No. 9. Brower did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Albregts' report and recommendation **(ECF No. 9) is accepted**. This case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 19th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE